[No. 67572-9-I.   Division One.   June 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY ADAM ROOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-01028-5, James D. Cayce, J., entered August 19, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68036-6-I.   Division One.   June 24, 2013.]

*In the Matter of the Estate of* SHIRLEY A. HARTY.

J. PATRICK HARTY, *Appellant*, v. GREG HARTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-4-02161-1, Mary Yu, J., entered November 30, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Grosse, J.

[No. 68459-1-I.   Division One.   June 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KOREY TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01092-3, Richard T. Okrent, J., entered March 13, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[No. 69021-3-I.   Division One.   June 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR GUMBA SAN-JOSE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-03034-9, Mariane C. Spearman, J., entered June 8, 2012. *Affirmed in part* and *remanded* by unpublished per curiam opinion.